Local AO 246B   (Rev. 05/26/09) Order for a Presentence Investigation and Report

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3: 13cr 20   (AVC) |
| HAROLD ANTHONY SOLTAU | ) | |
| *Defendant* | ) | |

## ORDER FOR A PRESENTENCE INVESTIGATION AND REPORT

This defendant having been found guilty of one or more offenses against the United States, the probation office is ordered to conduct an investigation and prepare a *(check one)* ☒ standard report ☐ modified report, to be used by this court in sentencing.

**IT IS FURTHER ORDERED** that:

☐ At least 35 days before sentencing or ☒ by _____3/12/2013_____, the initial presentence report shall be disclosed to counsel.

☐ Within 14 days after receiving the report or ☒ by _____3/26/2013_____, the counsel shall submit to the probation office any objections in writing, or a statement that there are no objections.

☐ No later than 7 days after the deadline for counsel's objections or ☒ _____4/5/2013_____, the probation officer shall submit the final presentence report and any addenda to the court.

Sentencing Memorandum Date:   _____4/12/2013_____

Response to Sentencing Memorandum Date:   _____4/17/2013_____

The sentencing date *(check one)*   ☒ is set for   _____4/23/2013_____
☐ will be set at a later date.

A defendant's attorney who wishes to be present during the defendant's presentence interview must so notify the probation office within __3__ days of this order.

Date:   _____1/29/2013_____         / S / Thomas P. Smith
                                       *Judge's signature*
                                       United States Magistrate Judge
                                       *Printed name and title*